IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARSHA E. WELLS
a/k/a MARSHA E. JONES                                                                                    PLAINTIFF

v.                            CIVIL NO. 2:25-cv-02119-MEF

FRANK BISIGNANO, Commissioner
Social Security Administration                                                                        DEFENDANT

## JUDGMENT

For the reasons stated in the Court's Order of Dismissal, the clerk is ordered to dismiss the Plaintiff's Complaint with prejudice.

IT IS SO ORDERED on this the 17th day of December 2025.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE